**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-02125-REB-CBS

JONATHAN WELLS,

    Plaintiff,

v.

UNITED COLLECTION BUREAU, INC., an Ohio corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before me is the **Stipulation Of Dismissal With Prejudice** [#18], filed March 31, 2008. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation Of Dismissal With Prejudice** [#18], filed March 31, 2008, is **APPROVED**;

    2. That the Trial Preparation Conference set for December 19, 2008, is **VACATED**;

    3. That the jury trial set to commence January 5, 2009, is **VACATED**; and

    4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated April 1, 2008, at Denver, Colorado.

                                 **BY THE COURT:**

                                 **s/ Robert E. Blackburn**
                                 **Robert E. Blackburn
                                 United States District Judge**